ERIC GRANT
United States Attorney
TARA AMIN
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Tara.Amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON ROSS,<br>Plaintiff-Relator,<br>v.<br>ADVENTIST HEALTH SYSTEM/WEST, et al.,<br>Defendants. | CASE NO. 2:25-CV-3578 TLN CKD<br><br>ORDER |

The United States has declined to intervene in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court ORDERS that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' notice of its election to decline intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: July 29, 2026

Troy L. Nunley
Chief United States District Judge