# United States District Court
# Eastern District of California

United States of America: ex rel. Jon Ross

Plaintiff(s)

V.

ADVENTIST HEALTH SYSTEM/WEST, et al.

Defendant(s)

Case Number: 2:25-cv-3578-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David C. Tolley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Adventist Health System/West and Rideout Memorial Hospital

On 12/04/2009 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/29/2026 Signature of Applicant: /s/ David C. Tolley

**Pro Hac Vice Attorney**

Applicant's Name: David C. Tolley

Law Firm Name: Latham & Watkins LLP

Address: 200 Clarendon Street

City: Boston State: MA Zip: 02116

Phone Number w/Area Code: (617) 948-6000

City and State of Residence: Weston, Massachusetts

Primary E-mail Address: david.tolley@lw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jason M. Ohta

Law Firm Name: Latham & Watkins LLP

Address: 12670 High Bluff Drive

City: San Diego State: CA Zip: 92130

Phone Number w/Area Code: (858) 523-5400 Bar # 211107

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 29, 2026

JUDGE, U.S. DISTRICT COURT